**UNITED STATES DIS3TRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Document Security Systems, Inc., ) | CV 17-05184 JVS (JCGx) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL UPON |
| ) | SETTLEMENT OF CASE |
| v. ) | |
| ) | |
| OSRAM GMBH., et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| _____ ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: January 30, 2018

_____
James V. Selna
United States District Judge