# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., | Case No. 2:17-cv-05184-JVS-JCG |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| OSRAM GMBH; OSRAM OPTO SEMICONDUCTORS GMBH & CO.; OSRAM Licht AG; and OSRAM SYLVANIA INC., | |
| Defendants. | |

The Court has considered the Stipulation and Joint Motion to Dismiss With Prejudice filed by Plaintiff Document Security Systems, Inc. ("DSS") and Defendant OSRAM SYLVANIA Inc. ("OSI"). The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the above-captioned litigation is dismissed in its entirety, with prejudice, as follows:

1. All claims and counterclaims that DSS asserted against OSI, and against un-served Defendants OSRAM GmbH, OSRAM Opto Semiconductors

GmbH, and OSRAM Licht AG, in the above-captioned litigation are dismissed in their entirety, with prejudice.

2. All claims and counterclaims that OSI asserted against DSS in the above-captioned litigation are dismissed in their entirety, with prejudice.

3. The parties shall each bear their own costs and attorneys' fees associated with the above-captioned litigation.

**IT IS SO ORDERED.**

DATED: March 14, 2018

_____
Hon. James V. Selna
United States District Judge